JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

RUSSELL HAMPTON,

  Plaintiff,

    v.

FRANK BISIGNANO,
Commissioner of Social Security,

  Defendant.

No. 5:25-cv-02726-MAA

[~~PROPOSED~~] JUDGMENT

   Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: April 15, 2026

         HON. MARIA A. AUDERO
         United States Magistrate Judge

-1-